1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Chief, Tax Division
3  JOSE A. OLIVERA (CABN 279741)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-6888
6  Facsimile: (415) 436-7009
   Email: jose.olivera@usdoj.gov
7  Attorneys for the United States of America

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,        )  Case No.: 3:14-cv-01456-SC
                                    )
12           Plaintiff,             )
                                    )
13     vs.                          )  [PROPOSED] ORDER REGARDING STAY OF
                                    )  PROCEEDINGS
14 LANCE M. TURNER, et al.,         )
                                    )
15           Defendants.            )
   _____ )

16

17         On March 19, 2015, Defendants Lance M. Turner and Diane C. Turner filed a Notice of

18 Bankruptcy Filing in the above-captioned case. (*See* Dkt. No. 41.)  According to Exhibit A of

19 Defendants' Notice, Defendants filed a Chapter 13 bankruptcy petition on March 19, 2015.  (*See* Dkt

20 No. 41-1.)  Upon Defendants' bankruptcy filing, an automatic stay arose under 11 U.S.C. § 362(a).

21 While the automatic stay is in effect, the continuation of this civil judicial proceeding is prohibited until

22 and unless the automatic stay is lifted by operation of bankruptcy law or by order of the bankruptcy

23 court having jurisdiction over Defendants' bankruptcy case.  *See* 11 U.S.C. §§ 362(a)(1), 362(c), and

24 362(d).  Accordingly,

25         IT IS ORDERED that:

26         1.  The above-captioned civil proceeding is stayed while the automatic stay under 11

27             U.S.C. § 362 is in effect;

28

2.  The Case Management Conference scheduled for April 17, 2015, at 10 a.m., is vacated; and

3.  A Case Status Conference is scheduled for July ~~24~~ 31, 2015, at 10, a.m., in Courtroom 1, 17th Floor, San Francisco, California.  By July ~~17~~ 24, 2015, counsel for the United States shall file a Case Status Report containing an explanation of the status of Defendants' bankruptcy case and whether the automatic stay is still in effect.

**DONE AND SIGNED** this __16__ day of __April__, 2015 in San Francisco, California.

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE