UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>LANCE M. TURNER, et al.,<br><br>   Defendants. | Case No. 14-cv-01456-WHO<br><br>**ORDER REGARDING STATUS REPORT AND STAY**<br><br>Re: Dkt. No. 43, 46 |

  Pursuant to the status report filed on October 30, 2015, Dkt. No. 46, and the automatic stay under 11 U.S.C. § 362 that remains in effect, Dkt. No. 43, this case remains stayed until January 31, 2016 or further order of the Court. The United States shall file a status report on January 31, 2016 or upon the resolution of the bankruptcy matter, whichever comes first.

  **IT IS SO ORDERED**.

Dated: November 6, 2015



WILLIAM H. ORRICK
United States District Judge