UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>      v.<br>LANCE M. TURNER, et al.,<br>          Defendants. | Case No. 14-cv-01456-WHO<br><br>**ORDER REGARDING JANUARY 30, 2016 STATUS REPORT AND STAY**<br><br>Re: Dkt. No. 50 |
|---|---|

Pursuant to the status report filed on January 30, 2016, Dkt. No. 50, and the filing of the second bankruptcy petition, this case remains stayed until further order of the Court. The United States shall file a status report on April 29, 2016 or upon the resolution of the bankruptcy matter, whichever comes first.

**IT IS SO ORDERED**.

Dated: February 3, 2016


WILLIAM H. ORRICK
United States District Judge