BRIAN J. STRETCH (CABN 163973)
United States Attorney

THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division

JOSE A. OLIVERA (CABN 279741)
    Assistant United States Attorney
    1301 Clay Street
    Oakland, California 94612
    Telephone: (510) 637-3924
    Facsimile: (415) 436-7009
    Email: jose.olivera@usdoj.gov

Attorneys for the United States of America

IT IS SO ORDERED
[signed] Judge William H. Orrick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:14-cv-01456-WHO |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL |
| LANCE M. TURNER, et al., | |
| Defendants. | |

Plaintiff, United States of America, and Defendants, Lance M. Turner and Diane Turner, stipulate to the dismissal, without prejudice, of the above-captioned case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party agrees to bear their respective litigation costs and expenses, including any possible attorney's fees.

Dated: 8/23/2017                        *s/ Jose A. Olivera*
                                         JOSE A. OLIVERA
                                         Assistant United States Attorney

Dated: 8/23/2017                        *s/ Robert Goldstein*
                                         ROBERT GOLDSTEIN
                                         Attorney for Defendants Lance and Diane Turner

# ATTESTATION

In filing the above stipulation of dismissal, I used Robert Goldstein's electronic signature and not his original, ink signature. As required by Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the approval and concurrence of Mr. Goldstein to file the above stipulation of dismissal using his electronic signature.

*/s/ Jose A. Olivera*
JOSE A. OLIVERA
Assistant United States Attorney

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 23, 2017, service of the foregoing Stipulation of Dismissal was filed using the Court's CM/ECF System, which sent electronic notice to all parties receiving electronic notice in this matter, and by placing copies in the United States mail, postage prepaid, addressed to the following:

Law Offices of Robert L. Goldstein
100 Bush Street, Suite 501
San Francisco, CA 94104
(415) 391-8710 x101
Fax: (415) 391-8701
Email: rgoldstein@taxexit.com
Attorney for Defendants Lance and Diane Turner

Joyce E. Hee
Supervising Deputy Attorney General
Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, California 94612-0550

Rebecca Jeanenne Hooley
651 Pine Street
Martinez, CA 94553

Donny P. Le
Tax Counsel
1515 Clay Street, 20th Floor
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

/s/ Jose A. Olivera
JOSE A. OLIVERA
Assistant United States Attorney